UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO JOLON-PUAC,<br><br>        Plaintiff,<br>  v.<br><br>STATE OF WASHINGTON et al.,<br><br>        Defendants. | CASE NO. 3:23-cv-05914-TL<br><br>ORDER OF DISMISSAL |

    Having reviewed the relevant record, including Plaintiff's complaint and the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and receiving no objections thereto, the Court hereby FINDS and ORDERS as follows:

    (1)    The Report and Recommendation (Dkt. No. 7) is approved and adopted.

    (2)    Plaintiff's complaint (Dkt. No. 5) and this action are DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983.

(3)     This dismissal shall count as a STRIKE under 28 U.S.C. § 1915(g).

Dated this 29th day of January 2024.

_____
Tana Lin
United States District Judge